UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENSEENER CARPENTER,

                Plaintiff,

-v-

BRONX LEBANON HOSPITAL, DR. PETER SHERMAN, and MS. DIANE STROM,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 19, 2021, pro se Plaintiff Kenseener Carpenter filed the Complaint in this action. (ECF No. 2). On November 22, 2021, the Honorable John P. Cronan referred the parties to the Court-annexed Mediation Program. (ECF No. 8). On June 17, 2022, Defendants filed a motion to dismiss the Complaint. (ECF No. 26 (the "Motion")). On July 21, 2022, Ms. Carpenter opposed the Motion (ECF No. 28 (the "Opposition")), and on August 4, 2022, Defendants filed a reply. (ECF No. 29 (the "Reply")).

On September 29, 2022, attorney Susanne Toes Keane of the New York Legal Assistance Group filed a notice of appearance on behalf of Ms. Carpenter for the limited purpose of providing advice and representation in settlement negotiations. (ECF No. 30). On November 10, 2022, the parties attended a mediation conference through the Mediation Program. (ECF min. entry Nov. 10, 2022). A further mediation conference is scheduled for January 19, 2023. (ECF min. entry Dec. 1, 2022).

In light of the parties' ongoing mediation efforts, the Court orders as follows:

1. The Motion is administratively DENIED WITHOUT PREJUDICE.

2. By **January 26, 2023**, the parties shall file a joint letter reporting on the status of their mediation efforts.

3. If the parties' mediation efforts are unsuccessful, then Defendants shall re-file the Motion, the Opposition, and the Reply by **January 26, 2023**.

The Clerk of Court is respectfully directed to close ECF No. 26.

Dated:     New York, New York
           December 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**