UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENSEENER CARPENTER,

               Plaintiff,

-v-

BRONX LEBANON HOSPITAL, DR. PETER SHERMAN, and MS. DIANE STROM,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 8596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request (ECF No. 34) for an extension of time to re-file their motion to dismiss the Complaint (ECF No. 35 (the "Motion")) is GRANTED, and the Court orders as follows:

1. The Motion is DENIED WITHOUT PREJUDICE subject to renewal if the parties are unable to reach a settlement.

2. By **Wednesday, March 29, 2023**, the parties shall file either (i) a joint letter reporting on the status of their mediation efforts, or (ii) a stipulation of dismissal for review and endorsement by the Honorable John P. Cronan.

The Clerk of Court is respectfully directed to close ECF Nos. 34–35.

Dated:     New York, New York
           March 9, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge