UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENSEENER CARPENTER,

                Plaintiff,

  -v-

BRONX LEBANON HOSPITAL, DR. PETER SHERMAN, and MS. DIANE STROM,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 17, 2023, the parties shall file a joint letter reporting on the status of their settlement discussions by **May 1, 2023**.

Dated:    New York, New York
           April 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge