UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENSEENER CARPENTER,

                Plaintiff,

-v-

BRONX LEBANON HOSPITAL, DR. PETER SHERMAN, and MS. DIANE STROM,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of their settlement (ECF No. 45), the parties shall file stipulation of dismissal for the attention of the Honorable John P. Cronan by **June 1, 2023**.

Dated:     New York, New York
            May 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**