UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENSEENER CARPENTER,

                Plaintiff,

-v-

BRONX LEBANON HOSPITAL, DR. PETER SHERMAN, and MS. DIANE STROM,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 1, 2023, at the parties' request, the Court extended until June 10, 2023 the parties' deadline to file a stipulation of dismissal for the attention of the Honorable John P. Cronan (the "Stipulation"). (ECF No. 51). The parties failed, however, to file the Stipulation or to request an extension of the now-lapsed deadline to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Stipulation by **June 15, 2023**.

Dated:      New York, New York
               June 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge